FILED'08 APR 17 15:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL A. KEPLER, | Civil No. 3:07-CV-1103-MO |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this 17 day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE