FILED'08 MAY 05 17:02 USDC-OR

IN THE UNITED STATES DISTRICT COURT 08 MAY 05 17:01 USDC-ORP

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL A. KEPLER, | CV# 07-1103-MO |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2594.02 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $15.28 in expenses pursuant to 28 U.S.C. § 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 5th day of May, 2008.

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff